UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DAVID LATOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:23-cv-1953 CKD P<br><br><br>ORDER |

    Plaintiff has filed two motions in which he asks that the court issue "protective orders" with respect to persons plaintiff identifies as "witnesses." Plaintiff fails to point to anything suggesting the court has any authority to do this. The motions appear frivolous. Both motions will be denied, and plaintiff is warned that if he continues to file frivolous motions, sanctions may issue.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's November 29, 2023, motions (ECF No. 7 and 8) are denied.

Dated: January 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lato1953.pi